# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-998-057**

Effective Date of Registration:
August 02, 2016

## Title

| | |
|---|---|
| Title of Work: | Mechanic: Resurrection |
| Previous or Alternate Title: | The Mechanic 2 aka The Mechanic II |
| Nature of Claim: | Original Motion Picture |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2016 |
| Date of 1st Publication: | August 25, 2016 |
| Nation of 1st Publication: | United States |
| Preregistration: | PRE000008863 |

## Author

| | |
|---|---|
| • Author: | ME2 Productions, Inc. |
| Author Created: | Entire Motion Picture |
| Work made for hire: | Yes |
| Domiciled in: | United States |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | ME2 Productions, Inc.<br>318 N. Carson Street, #208, Carson City, NV 89701 |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | Motion Picture Screenplay - PAu 3-773-822 - Registered August 6, 2014 |
| Previously registered: | Yes |
| New material included in claim: | Cinematographic material including performance, production as a motion picture, editing and all audio and visual elements including photography, dialogue, music and special effects |

## Certification

| | |
|---|---|
| Name: | Michael A. Hierl |
| Date: | August 01, 2016 |

Page 1 of 2

# EXHIBIT B

| No | IP | Port | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 76.29.29.240 | | 2016-10-04 00:20:04 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Niles | Cook |
| 2 | 50.151.204.249 | 51589 | 2016-10-04 00:22:24 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Wheaton | DuPage |
| 3 | 24.14.224.255 | | 2016-10-04 00:47:05 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Frankfort | Will |
| 4 | 73.9.183.173 | | 2016-10-04 00:58:37 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Chicago | Cook |
| 5 | 73.168.237.76 | | 2016-10-04 01:00:54 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Carol Stream | DuPage |
| 6 | 24.13.143.181 | | 2016-10-04 01:05:08 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Chicago | Cook |
| 7 | 67.167.113.181 | | 2016-10-04 01:05:48 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Glen Ellyn | DuPage |
| 8 | 98.222.40.85 | | 2016-10-04 01:20:22 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Chicago | Cook |
| 9 | 76.16.61.146 | | 2016-10-04 02:06:25 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Chicago | Cook |
| 10 | 73.50.63.65 | | 2016-10-04 02:31:38 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Chicago | Cook |
| 11 | 73.209.30.34 | | 2016-10-04 02:31:54 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Mundelein | Lake |
| 12 | 73.72.181.82 | | 2016-10-04 03:01:53 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Rockford | Winnebago |
| 13 | 98.227.181.37 | | 2016-10-04 03:18:15 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Evanston | Cook |
| 14 | 50.178.224.182 | 40899 | 2016-10-04 03:20:15 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Wheeling | Cook |
| 15 | 67.174.28.27 | | 2016-10-04 03:29:37 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Barrington | Lake |
| 16 | 73.8.247.202 | | 2016-10-04 04:22:15 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Arlington Heights | Cook |
| 17 | 98.206.232.31 | | 2016-10-04 04:23:11 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Palos Hills | Cook |
| 18 | 67.163.40.167 | | 2016-10-04 04:30:00 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Belvidere | Boone |
| 19 | 73.22.236.111 | | 2016-10-04 06:31:03 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Chicago | Cook |
| 20 | 73.209.232.137 | | 2016-10-04 07:39:43 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Dixon | Lee |
| 21 | 73.72.215.107 | | 2016-10-04 07:50:36 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Chicago Heights | Cook |
| 22 | 98.213.137.118 | | 2016-10-04 08:53:06 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Rockford | Winnebago |
| 23 | 98.212.177.71 | | 2016-10-04 09:45:23 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Waukegan | Lake |
| 24 | 50.178.134.253 | 64241 | 2016-10-04 09:46:47 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Crete | Will |
| 25 | 73.51.138.42 | | 2016-10-04 11:47:42 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Chicago | Cook |
| 26 | 24.1.219.174 | | 2016-10-04 12:45:56 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Chicago Heights | Cook |
| 27 | 73.50.35.170 | | 2016-10-04 14:33:04 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Berwyn | Cook |
| 28 | 50.129.124.85 | 26022 | 2016-10-04 15:35:12 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Downers Grove | DuPage |
| 29 | 50.178.186.240 | 36387 | 2016-10-04 16:04:34 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Romeoville | Will |
| 30 | 73.9.78.40 | | 2016-10-04 17:35:29 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Chicago | Cook |
| 31 | 73.210.224.5 | | 2016-10-04 20:28:51 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Naperville | DuPage |
| 32 | 67.186.64.128 | | 2016-10-04 20:48:44 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Evanston | Cook |
| 33 | 73.210.211.180 | | 2016-10-04 21:04:22 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Richton Park | Cook |
| 34 | 24.12.104.236 | | 2016-10-04 23:32:45 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025DE3087B15DF84612C02579 | Comcast Cable | Illinois | Chicago | Cook |