IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) Case No.: 17-cv-1539 |
| | ) |
| v. | ) |
| | ) Judge Jorge L. Alonso |
| MICHAEL CAPPI, IAN SEVILLA and ANDREW BUKOWSKI, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS MICHAEL CAPPI, IAN SEVILLA AND ANDREW BUKOWSKI

Plaintiff, ME2 Productions, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against Defendants Michael Cappi, Ian Sevilla and Andrew Bukowski. Each party shall bear its own attorney's fees and costs.

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Consistent herewith, Plaintiff consents to the Court closing this case for administrative purposes.

Respectfully submitted,

Dated: August 14, 2017          ME2 PRODUCTIONS, INC.

By:     s/Michael A. Hierl
        Michael A. Hierl (Bar No. 3128021)
        Hughes Socol Piers Resnick & Dym, Ltd.
        Three First National Plaza
        70 W. Madison Street, Suite 4000
        Chicago, Illinois 60602
        (312) 580-0100 Telephone
        (312) 580-1994 Facsimile
        mhierl@hsplegal.com

        Attorneys for Plaintiff
        ME2 Productions, Inc.

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice of Defendants Michael Cappi, Ian Sevilla and Andrew Bukowski was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on August 14, 2017.

                                                        s/Michael A. Hierl