**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

ME2 Productions, Inc.

                            Plaintiff,

v.                                            Case No.: 1:17−cv−01539
                                                   Honorable Jorge L. Alonso

, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 15, 2017:

      MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held. Pursuant to Plaintiff's notice of voluntary dismissal [26], all remaining Defendants are dismissed without prejudice. Civil case terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.